*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-09-00491-CV

Jose L. **HERNANDEZ**,
Appellant

v.

Lee **BEEKLY**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-01008
Honorable Michael Peden, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:     September 23, 2009

DISMISSED

Appellant has filed a motion indicating the parties have fully resolved and settled all issues in dispute. Because the parties have reached a final settlement of all issues raised in this appeal, appellant asks that we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellant's motion to dismiss is granted, and this appeal is dismissed. Costs of appeal are taxed against the appellant. *See id.* at (d).

PER CURIAM